UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE THOMAS, | No. 2:14-cv-2129 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation, ECF No. 12, the court HEREBY ORDERS that the Commissioner of Social Security's ("the Commissioner") deadline for filing an Answer and the Administrative Transcript is extended from January 1, 2015, to January 8, 2015. Accordingly, the court finds that the Commissioner timely filed her Answer and Notice of Lodging Social Security Administrative Transcript. ECF Nos. 13 & 14.

DATED: January 6, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1