PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for LAWRENCE THOMAS, JR.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE THOMAS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No.: 2: 14-CV-02129-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of April 15, 2015. The extension is needed due to press of business in plaintiff's attorney's office.

1  This is the 1st request for extension by plaintiff.

2

3  Dated:  3/10/15                                    /s/ *Peter E. Brixie*
                                                   PETER E. BRIXIE

4                                                     Attorney at Law
                                                   Attorney for Plaintiff

5

6  Dated:  3/10/15                    By:            /s/ *Donna W. Anderson*
                                                 DONNA W. ANDERSON

7                                                 Special Assistant U.S. Attorney
                                             Attorney for Defendant

8

9                                    __ooo__

10                      APPROVED AND SO ORDERED

11  Dated: March 11, 2015

12                                     ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25