BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-2129 AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

    The parties, through their respective counsel, stipulate that Defendant's due date for responding to Plaintiff's Motion for Summary Judgment be extended 30 days to June 15, 2015.

///

///

1

1  This is Defendant's first request for an extension of time.  This extension is
2 needed due to workload conflicts.  Plaintiff's counsel does not oppose the
3 extension and agrees that all subsequent deadlines should be extended accordingly.

Respectfully submitted,

Dated:  May 15, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  May 15, 2015

By:    /s/ Peter Brixie*
PETER BRIXIE
Attorney for Plaintiff Lawrence Thomas
*(*By email authorization on 5/14/15)*

**IT IS SO ORDERED:**

DATED:  May 15, 2015.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE