BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-2129 AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

    The parties, through their respective counsel, stipulate that Defendant's due date for responding to Plaintiff's Motion for Summary Judgment be extended 28 days to July 13, 2015.

    This is Defendant's second request for an extension of time.  This extension is needed due to Defense counsel's illness.  Plaintiff's counsel does not oppose the

1

1  extension and agrees that all subsequent deadlines should be extended accordingly.

                                                Respectfully submitted,

Dated:  June 15, 2015        BENJAMIN B. WAGNER
                                       United States Attorney
                                       DONNA L. CALVERT
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                            By:   /s/  *Donna W. Anderson*
                                   DONNA W. ANDERSON
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

Dated:  June 15, 2015

                            By:   /s/ Peter Brixie*
                                 PETER BRIXIE
                                 Attorney for Plaintiff Lawrence Thomas
                                 *(\*By email authorization on 6/15/15)*

**IT IS SO ORDERED:**

Date: June 18, 2015                 _____
                                     ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE